JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   INDICTMENT

            -v.-                  :   08 Cr.

PEDRO DIAZ,                       :
    a/k/a "Rojo Diaz," and
    a/k/a "Pedro Roja-Diaz,"      :   08 Cr. 153

            Defendant.            :

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about January 19, 2008, in the Southern District of New York, PEDRO DIAZ, a/k/a "Rojo Diaz," a/k/a "Pedro Roja-Diaz," the defendant, after having been previously convicted in New York Supreme Court, Bronx County, of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 24, 2003, of Grand Larceny in the Third Degree, in violation of New York Penal Law 155.35, a Class D Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded Smith & Wesson 9mm handgun, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PEDRO DIAZ,
a/k/a "Rojo Diaz," and
a/k/a "Pedro Roja-Diaz,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Rita Sloan* (signature)
Foreperson.

2/25/08 Filed Indictment. Case
Assigned to Judge Chin.
/s/ Mag. Judge Chin