# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED** June 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2008

JUN 2 0 2008
JUDGE CHIN'S CHAMBERS

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re:   United States v. Pedro Rojo-Diaz
      08 Cr. 153 (DC)

Dear Judge Chin:

I write to request an adjournment of the sentencing in the above-captioned case, which is currently scheduled for July 9, 2008 at 4:30 p.m.

I am starting a trial before the Honorable Judge Preska on June 30, 2008 and will therefore have insufficient time to prepare for Mr. Diaz's sentencing.

For this reason, I request a 3 week adjournment of the sentencing date.

I have spoken to Assistant United States Attorney Jason Smith and he consents to this request.

*Adjourned to 7/30/08 at 4:30 pm. SO ORDERED.*

Respectfully submitted,

Jennifer L. Brown
Assistant Federal Defender
Tel.:(212) 417-8722

JLB/ef

cc:   Jason Smith, Esq.
      Assistant United States Attorney

*PS 6/24/08*